300\15

| Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>Ph. 425-836-5728<br>Fx. 877-209-8249 | FOR COURT USE ONLY<br><br>**FILED**<br>NOV 0 4 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In Re:<br><br>Amber Jean Hoffman<br><br>Debtor. | CASE NUMBER: 8:09-bk-24289-ES |
| | HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $1,521.50 which is the sum of all monies deposited with the court on the following date(s) 06/03/2015 on behalf of the creditor Sallie Mae on claim number(s) 3-4.

2. Please check and complete the applicable subparagraph(s) below:

    ☐  a. I am the creditor named in paragraph 1.

    ☐  b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    X  c. I am the creditor and have appointed _Dilks & Knopik, LLC_ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐  d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).
    _____
    _____
    _____
    _____

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 2*

| In Re: Amber Jean Hoffman  Debtor. | CHAPTER 13  CASE NUMBER: 8:09-bk-24289-ES |
|---|---|

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Navient Solutions, Inc.
   11100 USA Parkway MC-E3149
   Fishers, IN 46038
   317-596-1181

   b. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   At the time of the filing of this case, Sallie Mae had an address at: PO Box 9533, Wilkes Barre, PA 18773. That address is no longer valid. The current address is listed in line 3a above. The change in mailing address may have prevented delivery of the original dividend check. Furthermore Sallie Mae, Inc changed its name to Navient Solutions, Inc. as evidenced by exhibit A.

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly or fraudulently made any false statements in this document.

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 3*

| In Re: | CHAPTER 13 |
|---|---|
| Amber Jean Hoffman Debtor. | CASE NUMBER: 8:09-bk-24289-ES |

*[Creditor's Signature]*
Creditors Signature

Navient Solutions, Inc. Kimberly L. Peace
Type or Print Creditor's Name

(affix corporate seal)

11100 USA Parkway MC-E3149

Fishers, IN 46038
Creditors Address

317-596-1181
Creditors Phone

STATE OF _Indiana_, COUNTY OF _Hamilton_

On _September 29, 2015_ before me, personally appeared (insert name and title of the signer)

_Kimberly J. Peace_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Pamela Ann Pudlo_
Notary Public

(SEAL)

My commission expires on _September 22, 2019_

Motion for Order Releasing Unclaimed Funds – *Page 4*

| In Re:<br>Amber Jean Hoffman<br>Debtor. | CHAPTER 13<br>CASE NUMBER: 8:09-bk-24289-ES |
|---|---|

_____
Signature of Attorney-in-Fact

Brian J. Dilks, Managing Member
Type or Print Name

Dilks & Knopik, LLC
Address

35308 SE Center Street

Snoqualmie, WA 98065-9216

STATE OF WASHINGTON, COUNTY OF KING

On __10/16/2015__ before me, personally appeared Brian J. Dilks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Andrew T. Drake - Notary Public
(SEAL)         My commission expires on September 9, 2019

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds – *Page 5*

| In Re: | CHAPTER 13 |
|---|---|
| Amber Jean Hoffman Debtor. | CASE NUMBER: 8:09-bk-24289-ES |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on <u>October 16, 2015</u> I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Amrane (SA) Cohen
Case Trustee
770 The City Drive South Suite 8500
Orange, CA 92868

United States Trustee's Office
725 South Figueroa, 26th Floor
Los Angeles, CA 90017

Amber Jean Hoffman
Debtor
10672 Linnell Ave
Garden Grove, CA 92843

Bruce R Fink
Debtor Attorney
1323 North Broadway
Santa Ana, CA 92706

Navient Solutions, Inc.
Kimberly L. Peace Supervisor, Bankruptcy
Litigation/Risk Mitigation
11100 USA Parkway MC-E3149
Fishers, IN 46038

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

Date: October 16, 2015

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216
425-836-5728

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

RE: Amber Jean Hoffman )
                                                            )
                                                            )
                                                            )
                                                            )
                               Debtor(s)        )

Case: 8:09-bk-24289-ES

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Navient Solutions, Inc.** with a tax identification number of **54-1843973**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,521.50** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Kimberly L. Peace
Supervisor, Bankruptcy Litigation/Risk Mitigation

Date 9/29, 20 15

| Tape or Staple Signatory's Business Card Here | Affix Corporate Seal Below |
|---|---|
|   | [Navient Solutions, Inc. Corporate Seal 1997 Indiana] |

STATE OF Indiana )
COUNTY OF Hamilton )

On this 29 day of September, 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared Kimberly L. Peace known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes therein mentioned. WITNESS my hand and official seal.

WITNESS my hand and official seal.
NOTARY PUBLIC Pamela Ann Pedigo

My Commission expires September 22, 2019

(Notary Seal)

[Pamela Ann Pedigo Notary Public Seal, State of Indiana, Expires September 22, 2019]

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RE:  Amber Jean Hoffman  Debtor(s) | ) ) ) ) ) ) | Case: 8:09-bk-24289-ES  Certificate of Incumbency |

I, Matthew R. Sheldon, Managing Director & Associate General Counsel Risk Mitigation of Navient Solutions, Inc., hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065 has been granted a Power of Attorney by Kimberly L. Peace, Supervisor, Bankruptcy Litigation/Risk Mitigation of Navient Solutions, Inc. to submit an Application for Payment of Unclaimed Funds seeking payment in the amount of $1,521.50 due and owing to Navient Solutions, Inc. as a creditor in the above referenced bankruptcy case.
2. My name and position with the company is listed above and the address and telephone number are as follows:

(affix corporate seal)

Navient Solutions, Inc.
2001 Edmund Halley Dr.
Reston, VA 20191
703-984-6732

3. Navient Solutions, Inc. have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.
4. Kimberly L. Peace is the Supervisor, Bankruptcy Litigation/Risk Mitigation of Navient Solutions, Inc. and is authorized to sign on its behalf for the collection of the said unclaimed funds.

Dated: September 29, 2015

Signature

STATE OF Virginia, COUNTY OF Fairfax

On Sept 29, 2015 before me, personally appeared (insert name and title of the signer) Matthew Sheldon personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Mary Stewart
Notary Public

My commission expires on 12-31-15

[Notary seal: MARY STEWART, NOTARY PUBLIC, REG # 132641, COMMISSION EXPIRES 12-31-15, COMMONWEALTH OF VIRGINIA]

CSCL/CD-562 (01/13)

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

Date Received
MAY 0 1 2014

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name: Navient Solutions, Inc.
Address: 2001 Edmund Halley Drive
City: Reston    State: VA    Zip code: 20191

Document will be returned to the name and address you enter above

**FILED**

MAY 0 1 2014

ADMINISTRATOR
CORPORATIONS DIVISION

EFFECTIVE DATE:

## AMENDED APPLICATION FOR CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS IN MICHIGAN
For use by Foreign Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Amended Application:

1. The name of the corporation is: SALLIE MAE, INC. ←

2. If the name in Item 1 was not available for use in Michigan, the assumed name adopted when obtaining the Certificate of Authority is:

3. The identification number assigned by the Bureau is: 649760.

4. It is incorporated under the laws of DELAWARE.

5. The corporation was authorized to transact business in Michigan on January 8, 2004.

6. The period of its duration (corporation term) is perpetual.

7. a) The total authorized shares of the corporation on record with the Corporations, Securities & Commercial Licensing Bureau are 1,000.0 as of February 18, 2014

   b) The shares attributable to Michigan as currently on the records of the Corporations, Securities & Commercial Licensing Bureau are: 60,000

   c) If the total authorized stock has changed, the total authorized shares of the corporation are _____

   The effective date of the stock change was the _____ day of _____, _____

   d) For year ending ____/____/____ the apportionment percentage from the most recently filed Michigan Business Tax or Single Business tax return is: _____%.

Exhibit A

8. If the name of the corporation has changed, its new name is:

Navient Solutions, Inc.

the effective date of the name change was the ___1st___ day of ___May___, ___2014___ and the name change was made in compliance with the laws of the jurisdiction of its incorporation.

9. Complete this Item only if the new name in Item 8 is not available for use in Michigan. The assumed name of the corporation to be used in all its dealings with the Bureau and in the transaction of its business in Michigan is:

_____

10. If the assumed name in Item 2 has changed, the new name is:

_____

11. The name of the resident agent at the registered office is: CSC-Lawyers Incorporating Service (Company)

The address of its registered office in Michigan is:

601 Abbot Road , East Lansing , Michigan 48823
(Street Address)      (City)              (Zip Code)

The mailing address of the registered office in Michigan, if different than above, is:

_____, Michigan _____
(Street Address or P.O. Box)    (City)              (Zip Code)

The resident agent is an agent of the corporation upon whom process against the corporation may be served.

12. The address of the main business or headquarters office of the corporation is:

2001 Edmund Halley Drive , Reston , VA , 20191
(Street Address)          (City)    (State)  (Zip Code)

The mailing address if different than above is:

_____
(Street Address or P.O. Box)    (City)    (State)    (Zip Code)

13. If the business the foreign corporation proposes to do in this State is to be enlarged, limited, or otherwise changed, the specific business which the corporation is to transact in Michigan is as follows:

The corporation is authorized to transact such business or conduct such affairs in the jurisdiction of its incorporation.

Signed this __23rd__ day of __April__, 2014

By ___Eric Watson___ (Signature of Authorized Officer or Agent)

Eric Watson
(Type or Print Name)

Exhibit A

# Servicing Contact Information



## For Schools
**CollegeServ®**
Phone: 888-272-4665
Fax: 800-828-0250
Email: CollegeServ@navient.com
Website: Navient.com

**Electronic Services**
Phone: 800-348-4606

## School Relationship Managers
Click the map to find the Relationship Manager who will partner with your school.

---

**Navient.com    View, manage, and repay your loans.**

## For borrowers with Navient loans

**Customer service**
Phone: 888-272-5543
Fax: 800-848-1949

**Correspondence**
P.O. Box 9500
Wilkes-Barre, PA 18773

**Loan payments**
Send to the address on your statement, which will be:
P.O. Box 9533
Wilkes-Barre, PA 18773
or
P.O. Box 13611
Philadelphia, PA 19101

## For Cosigners with Navient loans

**Loan payments**
Send to:
P.O. Box 9555
Wilkes-Barre, PA 18773
or
P.O. Box 13612
Philadelphia, PA 19101

## For borrowers with Navient Dept. of ED loans

**Customer service (ED-owned loans)**
Phone: 800-722-1300
Fax: 866-266-0178
International phone: 317-806-0580
International fax: 570-706-8563
TDD: 877-713-3833

**Correspondence (ED-owned loans)**
P.O. Box 9635
Wilkes-Barre, PA 18773

**Loan payments (ED-owned loans)**
Navient-Dept. of ED Loan Servicing
P.O. Box 740351
Atlanta, GA 30374-0351

## For military service members

**Military benefits**
Phone: 855-284-4879
Fax: 800-848-1949
International Phone: 001-888-272-5543 (toll free)
International Phone: 001-317-570-7397 (charges apply)
International Fax: 001-317-578-6700
Email: MilitaryBenefits@navient.com

© 2014 Navient Solutions, Inc. All rights reserved. Navient and the Navient logo are service marks of Navient Solutions, Inc. Navient Corporation and its subsidiaries, including Navient Solutions, Inc., are not sponsored by or agencies of the United States of America. NVES EDS-14-10466 E